UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MICHAEL V. MCROYAL, ) Case No. CV 20-2876-JPR
)
        Plaintiff, )
) **J U D G M E N T**
      v. )
)
ANDREW SAUL, Commissioner )
of Social Security, )
)
        Defendant. )
)

    For the reasons set forth in the accompanying Memorandum Decision and Order, it is hereby ADJUDGED THAT (1) Plaintiff's request for an order reversing or remanding the case for further proceedings is DENIED; (2) the Commissioner's request for an order affirming his final decision is GRANTED; and (3) judgment is entered in the Commissioner's favor.

DATED: June 24, 2021

                             JEAN P. ROSENBLUTH
                             U.S. MAGISTRATE JUDGE